ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR 2 4 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARK ANTHONY SUTTON, | Case No. CV 09-02678 VAP (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| BEN CURRY, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order.

DATED: April 24, 2009

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 2 8 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY